~~SEALED~~



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TYLER SEAN MANCUSO,<br><br>　　　　Defendant. | Case No. '22 MJ4497<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18, U.S.C., Sec. 1343 – Wire Fraud;<br>Title 18, U.S.C., Sec. 981, 982 - Criminal Forfeiture |

The undersigned complaint being duly sworn states:

　　Beginning on or about September 20, 2022, and continuing until on or about November 23, 2022, in the Southern District of California and elsewhere, defendant TYLER SEAN MANCUSO, knowingly, and with the intent to defraud, participated in, devised, and intended to devise, a scheme and artifice to defraud, by means of materially false and fraudulent pretenses, representations, and promises, and by means of omission and concealment of material facts, and, for the purpose of executing the aforementioned scheme and artifice to defraud and attempting to do so, Defendant did knowingly cause to be transmitted in interstate commerce, by means of a wire communication, certain writings, signs, signals, pictures, and sounds; specifically, a wire transfer of $9,149,001.65 from Google into the Chase Bank account number ending in x7667 controlled by MANCUSO, in violation of Title 18, United States Code, Section 1343.

And the complainant states that this Complaint is based on the attached statement of facts, which is incorporated herein by reference.

*[signature]*

Special Agent Nicolas Hall
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this __6__ day of December, 2022.

*[signature]*

HONORABLE MITCHELL D. DEMBIN
United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Nicholas Hall, being duly sworn, state:

1. I make this affidavit in support of an application for a criminal complaint against TYLER SEAN MANCUSO ("MANCUSO").

2. As described further below, MANCUSO devised a scheme to defraud and to obtain money and property by means of false or fraudulent representations about the bank account for his employer, "Company A." In brief, MANCUSO used his access as an employee of Company A to change Company A's bank account number, so that a payment of over $9 million that was due to Company A was instead diverted to a Chase bank account controlled by MANCUSO. Once MANCUSO successfully diverted the stolen funds into his account, MANCUSO wired the bulk of the proceeds to a precious metals vendor in an attempt to convert the proceeds into gold.

3. MANCUSO was an employee of Company A, a technology business located in Carlsbad, California, that provides online advertising services to website publishers. Company A uses "AdSense," a platform through which Google pays for advertisements placed on websites. As an employee of Company A, MANCUSO was given an email address and computer login for Company A in the Southern District of California.

4. Beginning in September 2022, and continuing to November 25, 2022, MANCUSO used his Company A computer login to gain access to Company A's AdSense account. For example, on September 20, 2022 at 8:31 pm, via remote access, MANCUSO, using his Company A email login (tmancuso@[Company A].com), changed the payee bank account in Company A's AdSense account to a Chase bank account ending in x7667. One minute later, MANCUSO deleted that account number. Between September 20 and November 25, 2022, MANCUSO repeatedly added, then deleted, the Chase bank x7667 account number from Company A's AdSense account, each time using his "tmancuso" account access. He also added, and deleted, another Chase bank account ending in x6251, to Company A's AdSense account. On each occasion, MANCUSO logged in from IP addresses for locations in Newport Beach and Irvine.

5.     On November 19, 2022, MANCUSO, using his "tmancuso" access to Company A, again changed the payee bank account in Company A's system to the Chase bank account ending in x7667. This time, he left this account as the "Primary" account for Company A.

6.     Based on the false representation by MANCUSO about the Primary bank account in Company A's accounts payable system, on or about November 22, 2022, Google sent a payment of $9,149,001.65 to the Chase x7667 bank account, instead of to Company A's actual bank account.

7.     On November 22, 2022, a wire transfer of $45,000 was initiated from the x7667 Chase bank account to the Chase bank account ending in x6251. The x6251 account is in the name of a charity called DOWN4EARTH. According to public records, the address for DOWN4EARTH has been variously listed as 27 Satinwood Way, in Irvine, California, and 280 Ambroise, in Newport Coast, California. Records checks reveal that MANCUSO has lived at, or owns, each of those addresses. Other public records indicate that MANCUSO is an officer / director of DOWN4EARTH.

8.     Around November 23, 2022, MANCUSO contacted Oxford Gold Group, a precious metals dealer in Beverly Hills, California, asking to purchase approximately $9 million in gold. Oxford Gold Group agreed to sell him the gold, which worked out to be 151 kilograms of gold bars.

9.     On November 23, 2022, MANCUSO initiated a wire transfer of $9,007,578.84 from the x7667 Chase bank account. To make the transfer, Chase bank required MANCUSO to confirm his identification, and he provided a California Driver's license with his name and likeness. He also provided the same telephone number that is in Company A's employee records for MANCUSO, along with another debit card in his name. MANCUSO transferred the funds to the account for Oxford Gold Group.

10.    On Friday, November 25, 2022, MANCUSO called Oxford Gold Group asking to stop by so he could "get the lay of the land" in preparation for his pickup of the

gold. He indicated that he planned to bring additional people and multiple SUVs to get the gold.

11.   Also on November 25, 2022, a cash withdrawal of $80,000 was made out of the x7667 Chase account.

12.   According to employees of Oxford Gold Group, MANCUSO appeared in person at their business on December 5, 2022. He identified himself as MANCUSO, and confirmed his order for 151 gold kilo bars. An Oxford Gold employee indicated that the individual matched the likeness of a photograph of MANCUSO. MANCUSO was to return on December 7, 2020 to pick up the gold.

*Criminal Complaint*                                     5