```
1  Law Office of Danielle Iredale, APC
2  Danielle Iredale
   California State Bar No. 304693
3  185 West F St.  Suite 100
4  San Diego, CA 92101
   (619)230-5606
5  iredalelaw@gmail.com
6
   Attorney for COMPANY A
7
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.:  23CR0022-TWR |
|---|---|---|
| Plaintiff, | ) | Hon. Todd W. Robinson |
| v. | ) | **Notice of Motion and Motion for Return of Property pursuant to FRCP 41(g) and 18 U.S.C. §983(f)** |
| SEAN TYLER MANCUSO, | ) | |
| Defendant. | ) | |
| | ) | Date: February 23, 2023 |
| | ) | Time: 1:30 p.m. |

TO: The Honorable Todd W. Robinson; United States Attorney Randy S. Grossman; Assistant United States Attorneys Valerie Chu and David Rawls; Oxford Gold, by and through Attorney Scott Tenley; Wilshire Coin, by and through Owner Glenn Sorgenstein.

　　　Please take Notice that on February 23, 2023 at 1:30 PM, or as soon as the matter can be heard, Company A, by and through Counsel Danielle Iredale, will move for Return of Property pursuant to FRCP Rule 41(g) and 18 U.S.C. §938(f).

1

The motion is based on the instant notice of motion, the attached memorandum of points and authorities and declarations, and any evidence taken should there be a hearing on the matter.

Dated:  February 16, 2023

                                        Respectfully Submitted,

                                        *Danielle Iredale*
                                        Danielle Iredale, Esq.

                                        Attorney for Company A