# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23CR0022-TWR |
| v. | **DECLARATION OF GLENN SORGENSTEIN** |
| SEAN TYLER MANCUSO, | |
| Defendant. | |

I, Glenn Sorgenstein, state the following:

1. I am the owner of WC3 Wholesale, Inc., a business located on Riverside Drive in Agoura Hills, California. My business has a Torrey Pines Western Alliance bank account number ending in x1396, and I am the signatory on that account.

2. My business bank account received a wire transfer of funds in the amount of $8,576,800.00 in November of 2022 in connection with a transaction for the purchase of gold.

3. I was advised by Federal Bureau of Investigation Special Agent Nicholas Hall that those funds were the proceeds of the crime of wire fraud, and that a federal court had authorized a seizure warrant as to those funds.

1

4. On December 7, 2022, the $8,576,800.00 was taken from WC3 Wholesale's bank account.

5. I understand that I have a right to contest the seizure of the entire $8,576,800.00 from Wilshire Coin's bank account. I also understand that I may claim an interest in an amount less than the full amount seized. I understand that my claim may be based on my expenses or lost profit from the canceled transaction. I understand that I may consult with an attorney about this decision.

6. Understanding all of my rights, I do not wish to contest the seizure of the $8,576,800.00 or claim any portion of that money.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:

GLENN SORGENSTEIN