SCOTT D. TENLEY (Cal. Bar No. 298911)
**ZWEIBACK, FISET & ZALDUENDO LLP**
315 W. 9th Street, Suite 1200
Los Angeles, CA 90015
Telephone: (213) 266-5170
Facsimile: (213) 289-4025
Email: scott.tenley@zfzlaw.com

Attorneys for Defendant
OXFORD GOLD GROUP

**UNITED STATES DISTRICT COURT**

**FOR THE**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>SEAN TYLER MANCUSO,<br><br>             Defendant. | Case No.: 3:23-CR-00022-TWR<br><br>**OXFORD GOLD GROUP'S STATEMENT OF NON-OPPOSITION TO MOTION FOR RETURN OF PROPERTY FILED BY COMPANY A** |

**TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, as set forth more fully in the attached memorandum of points and authorities, Oxford Gold Group does not oppose the relief requested in Company A's motion for return of property (CR 26, 27).

Dated: February 21, 2023         ZWEIBACK, FISET & ZALDUENDO LLP

_____
SCOTT D. TENLEY

Attorneys for Oxford Gold Group

## MEMORANDUM OF POINTS AND AUTHORITIES

Oxford Gold Group ("Oxford Gold") is a precious metals dealer based in Beverly Hills, California. As part the criminal scheme to which defendant Tyler Mancuso has pleaded guilty, Mr. Mancuso enlisted Oxford Gold's services to obtain approximately $9 million in gold bars, presumably in order to conceal or launder the funds stolen from Company A. Mr. Mancuso was not a previous customer or client of Oxford Gold and Oxford Gold was without any basis to suspect the funds used to purchase gold bars constituted proceeds of unlawful activity. In return for Oxford Gold's bona fide services brokering and arranging the gold bar transaction – services that were provided in good faith and without any knowledge or basis to suspect that the funds received from Mr. Mancuso were subject to forfeiture – Oxford Gold earned $430,778.84.

Of the money paid to Oxford Gold, $297,470.68 was later reversed out of Oxford Gold's bank account by JPMorgan Chase after it learned of the fraudulent nature of the outbound wire sent by Mr. Mancuso. The remaining $133,308.18 was seized from Oxford Gold's bank account by the Federal Bureau of Investigation pursuant to a seizure warrant obtained and executed with Oxford Gold's full cooperation and knowledge.[1]

On February 17, 2023, Company A filed a motion for return of property pursuant to Federal Rule of Criminal Procedure 41(g). (CR 26, 27.) Company A seeks the return of $8,578,206 in seized funds, an amount that does not include the $430,778.84 paid to Oxford Gold for its bona fide services. As correctly set forth in Company A's motion (Memorandum at 7), Oxford Gold intends to file a claim for return of the $430,778.84 seized from company bank accounts, but does not intend to pursue a claim

---

[1] This memorandum is not intended to, and indeed does not, set forth all facts and legal authority relevant to Oxford Gold's claims to, and interest in, the $430,778.84 that is outside the scope of Company A's motion. Oxford Gold reserves all rights and arguments with respect to those funds.

1 | against the remaining funds that have been seized during the investigation, including
2 | the $8,578,206 that is the subject of Company A's motion.
3 |      Accordingly, Oxford Gold respectfully notifies the Court that it does not oppose
4 | the relief requested in Company A's motion for return of property.