Law Office of Danielle Iredale, APC
Danielle Iredale
California State Bar No. 304693
185 West F St.  Suite 100
San Diego, CA 92101
(619)230-5606
iredalelaw@gmail.com

Attorney for COMPANY A

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>          v.<br><br>SEAN TYLER MANCUSO,<br>                              Defendant. | CASE NO.:   23CR0022-TWR<br><br>Hon. Todd W. Robinson<br><br>**Motion to Withdraw ECF Doc. No. 26**<br><br><br>Date:  February 23, 2023<br>Time:  1:30 p.m. |

Counsel hereby requests to withdraw Document 26, filed on February 17, 2023. There was an inadvertent omission of a signature.  The identical motion was filed at ECF Doc. No. 27 on February 21, 2023.

Dated:  February 21, 2023

Respectfully Submitted,

*/s/Danielle Iredale*
Danielle Iredale

1