FILED
MAR 6 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
TYLER SEAN MANCUSO,
Defendant.

Case No. 23cr00022-TWR

PRELIMINARY ORDER OF CRIMINAL FORFEITURE

WHEREAS, in the Information the United States sought forfeiture of all right, title, and interest in all properties of Defendant TYLER SEAN MANCUSO ("Defendant"), pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), as any property, real or personal, which constitutes or was derived from proceeds traceable to the violation of Title 18, United States Code, Section 1343, as charged in Count 1 of the Information; and,

WHEREAS, on or about February 13, 2023, Defendant pled guilty before United States Magistrate Judge Mitchell D. Dembin to the offense set forth in Count 1 of the Information, charging Defendant with wire fraud in violation of Title 18, United States Code, Section 1343; and

WHEREAS, as part of his guilty plea, Defendant admitted that the properties described in paragraphs (a) through (e) below are properties he obtained from his offense, and represents properties which constitute and are derived from proceeds traceable to his violation of Title 18, United States Code, Section 1343, and are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and

WHEREAS, as part of his guilty plea Defendant consented to the forfeiture allegations of the Information, and agreed pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), to forfeit all of his rights, title, and interest in all properties seized in connection with this case, including but not limited to the following:

a. $8,576,800.00 in funds seized from Torrey Pines/Western Alliance Bank Account X1396 held in the name of WC3 Wholesale, Inc;

b. $4,029.43 in funds seized from Chase Bank Account X6251 held in the name of DOWN4EARTH;

c. $297,470.66 in funds seized from Chase N.A. Account X7667, held by Tyler Mancuso;

d. $1,406.00 U.S. Currency seized from a 2014 BMW, VIN 5UXFG8C53EL593322, registered to John Koepke and in the possession of Tyler Mancuso, $400.00 of which was from Mancuso's person;

e. $133,308.18 in funds from Bank Account X3885 in the name of Oxford Gold Group, Inc. at Bank of America, San Diego, California; and

WHEREAS, on, 3/1/2023, this Court accepted the guilty plea of Defendant; and

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the Court finds that the United States has established the requisite nexus between the properties and the offense; and

WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession of the above-referenced properties, pursuant to Title 18 United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, at this time, the United States seeks to forfeit Defendant's interest in: the $8,576,800.00 in funds seized from Torrey Pines/Western Alliance Bank Account X1396 held in the name of WC3 Wholesale, Inc., and the $1,406.00 in U.S. Currency seized from a 2014 BMW, VIN 5UXFG8C53EL593322, registered to John Kopeke and in the possession of Tyler Mancuso, $400 of which was from Mancuso's person, but requests that the court authorize the United States to maintain possession of the $8,576,800.00 in funds and the $1,406 in U.S. Currency and hold in abeyance notice of third party ancillary proceedings, pending further Order by the Court based upon the Rule 41(g) motion by the victim from whom the funds were stolen; and

WHEREAS, Defendant, through his guilty plea and plea agreement has forfeited all of his right, title, interest, and any claim to the $8,576,800.00 in funds seized from Torrey Pines/Western Alliance Bank Account X1396 held in the name of WC3 Wholesale, Inc. and the $1,406.00 in U.S. Currency seized from a 2014 BMW, VIN 5UXFG8C53EL593322, registered to John Kopeke and in the possession of Tyler Mancuso, $400 of which was from Mancuso's person. Defendant admitted that the $8,576,800.00 in funds and the $1,406 in U.S. Currency is property he obtained from his offense, and represents property which constitutes and is derived from proceeds traceable to his violation of Title 18, United States Code, Section 1343, and is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and

WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody of the above-referenced properties, which are hereby found forfeitable by the Court; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Based upon the guilty plea of the Defendant to Count 1 of the Information, all right, title, interest, and any claim of Defendant TYLER SEAN MANCUSO is forfeited as to the $8,576,800.00 in funds seized from Torrey Pines/Western Alliance Bank Account X1396 held in the name of WC3 Wholesale, Inc., and the $1,406.00 in U.S. Currency seized from a 2014 BMW, VIN 5UXFG8C53EL593322, registered to John Kopeke and in the possession of Tyler Mancuso, $400 of which was from Mancuso's person. The United States is authorized to continue to maintain possession of the funds and to hold in abeyance all notice of third party proceedings pending the Order on the Rule 41(g) motion by the victim from whom the funds were stolen.

2. Based upon the guilty plea of the Defendant to Count 1 of the Information, the United States is hereby authorized to take custody and control of the following properties, and all right, title and interest of Defendant TYLER SEAN MANCUSO in the following properties are hereby forfeited to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853(n):

b. $4,029.43 in funds seized from Chase Bank Account X6251 held in the name of DOWN4EARTH;

c. $297,470.66 in funds seized from Chase N.A. Account X7667, held by Tyler Mancuso;

d. $133,308.18 in funds from Bank Account X3885 in the name of Oxford Gold Group, Inc. at Bank of America, San Diego, California.

3. The aforementioned forfeited assets are to be held by the Federal Bureau of Investigation and United States Marshal Service in its secure custody and control.

4. Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties. The Court shall conduct ancillary proceedings as the Court deems appropriate only upon the receipt of timely third-party petitions filed with the Court and served upon the United States. The Court may determine any petition without the need for further hearings upon the receipt of the Government's response to any petition. The Court may enter an amended order without further notice to the parties.

5. Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the specific properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited specific properties must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the specific properties, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited specific properties and any additional facts supporting the petitioner's claim and the relief sought.

7. The United States shall also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the specific properties that are the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to Title 21, United States Code, Section 853(n) as to the aforementioned assets, in which all interests will be addressed.

9. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgement.

**IT IS SO ORDERED.**

DATED: 3/6/23

Todd Robinson

Honorable Todd W. Robinson
United States District Judge