

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:23-CR-0022-TWR |
| Plaintiff, | **ORDER EXTENDING FILING DEADLINE FOR OXFORD GOLD GROUP, INC'S THIRD-PARTY PETITION** |
| v. | |
| SEAN TYLER MANCUSO, | |
| Defendant. | |

The Court has read and considered the joint motion of plaintiff United States of America and intervenor/petitioner Oxford Gold Group, Inc. for an order extending the deadline for Oxford Gold Group, Inc. to file its third-party petition, which was filed in this matter on March 10, 2023.

FOR GOOD CAUSE SHOWN, the joint motion is GRANTED. The Court hereby orders that Oxford Gold Group, Inc. may file its third-party petition with respect to assets identified in the preliminary order of forfeiture on or before April 21, 2023.

IT IS SO ORDERED.

Dated: 3/20/23

_____
HONORABLE TODD W. ROBINSON
United States District Judge