Law Office of Danielle Iredale, APC
Danielle Iredale
California State Bar No. 304693
185 West F St.  Suite 100
San Diego, CA 92101
(619)230-5606
iredalelaw@gmail.com

Attorney for COMPANY A

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.:   23CR0022-TWR |
| Plaintiff, ) | Hon. Todd W. Robinson |
| v. ) | **Joint Motion for Extension of Time to File Petition Regarding Seized Funds** |
| SEAN TYLER MANCUSO, ) | |
| Defendant. ) | |

The United States of America and Petitioner Company A, through their respective counsel, hereby jointly move this Court for an order extending the deadline to April 21, 2023, for Company A to file its petition for a hearing to adjudicate the validity of Company A's interest in certain funds seized and forfeited in connection with the criminal case entitled *United States v. Sean Tyler Mancuso*, Case No. 3:23-CR-00022-TWR.  The briefing schedule is requested in order to allow Company A sufficient time to research and prepare its petition.  The basis for the parties' request is as follows:

1

On March 6, 2023, this Court entered a preliminary order of forfeiture forfeiting to the United States for disposition in accordance with 21 U.S.C. § 853(n): (a) $4,029.43 in funds seized from Chase Bank Account X6251 held in the name DOWN4EARTH; (b) $297,470.66 in funds seized from Chase N.A. Account X7667, held by Tyler Mancuso; and (c) "$133,308.18 in funds from Bank Account X3885 in the name of Oxford Gold Group, Inc. at Bank of America, San Diego, California." ECF Doc. No. 43. The Court stated that it "shall conduct ancillary proceedings as the Court deems appropriate only upon receipt of timely third-party petitions filed with the Court and served upon the United States." *Id.* The Court ordered that any third-party "having or claiming a legal interest in the above-listed forfeited specific property items must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier." *Id.* Thus, the deadline as set is April 6, 2023.

Company A seeks additional time to research and prepare its petition as to the seized funds that will be the subject of its petition. The government does not object to a brief extension of the petition filing deadline to April 21, 2023. Accordingly, the parties jointly move this Court for an extension of the time for Company A to file its petition to April 21, 2023.

Finally, it should be noted that the United States and Oxford Gold (a third-party that "intends to file a petition to seek recovery of (1) '$297,470.66 in funds seized from Chase N.A. Account X7667, held by Tyler Mancuso;' and (3) '$133,308.18 in funds from Bank Account X3885 in the name of Oxford Gold Group, Inc. at Bank of America, San Diego, California'" [See ECF Doc. No. 44] have jointly moved for an extension, to April 21, 2023. Company A seeks the same time line for the filing of its petition.

Dated: March 20, 2023

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully Submitted,


/s/ *Danielle Iredale*
Danielle Iredale, Esq.

Attorney for Company A


*/s/ Valerie Chu*_____

Valerie Chu, Esq.
Assistant United States Attorney

*/s/ David Rawls*_____

David Rawls, Esq.
Assistant United States Attorney